No. 742, Misc.   UNDERWOOD ET AL. *v.* BOMAR, WARDEN. C. A. 6th Cir.   Certiorari denied.

No. 747, Misc.   HANSEN *v.* BURKE, WARDEN.   Sup. Ct. Wis.   Certiorari denied.

No. 752, Misc.   STILTNER *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL.   Sup. Ct. Wash.   Certiorari denied.

No. 753, Misc.   LEHMAN *v.* ILLINOIS.   App. Ct. Ill., 4th Dist.   Certiorari denied.

No. 754, Misc.   LAWRENCE *v.* ILLINOIS.   Sup. Ct. Ill. Certiorari denied.

No. 756, Misc.   RAWLS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox* for the United States.

No. 758, Misc.   TEEL *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 759, Misc.   BRYAN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 760, Misc.   OPPEL *v.* MARYLAND.   C. A. 4th Cir. Certiorari denied.

No. 782, Misc.   COHEN *v.* CURTIS PUBLISHING Co. ET AL.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se. Edward C. Stringer* for respondents.